# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

|  |  |
|---|---|
| D'MONTERRIO GIBSON, **)** | |
| **)** | |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | Docket No. 3:23-cv-54-DPJ-FKB |
| **)** | |
| FEDERAL EXPRESS CORPORATION, **)** | |
| CITY OF BROOKHAVEN, MISSISSIPPI, **)** | |
| CHIEF KENNY COLLINS, IN HIS **)** | |
| INDIVIDUAL AND OFFICIAL **)** | |
| CAPACITY, BRANDON CASE, and **)** | |
| GREGORY CASE, **)** | |
| **)** | |
| Defendants. **)** | |
| **)** | |

## DEFENDANT FEDERAL EXPRESS CORPORATION'S
## MOTION TO DISMISS

Defendant Federal Express Corporation ("FedEx"), pursuant to Fed. R. Civ. P. 12(b)(6), files its Motion to Dismiss Plaintiff D'Monterrio Gibson's ("Gibson") Complaint (DE 1). The Court should grant FedEx's motion on the following grounds: (1) Gibson's negligent and intentional infliction of emotional distress claims are preempted by Mississippi's workers' compensation law, (2) the allegations supporting Gibson's intentional infliction of emotional distress claim do not rise to the threshold level of extreme and outrageous conduct; and (3) Gibson's allegations do not meet the "plausibility pleading standard" to maintain his 42 U.S.C. §1981 race discrimination claim.

FedEx attaches Exhibit A to this motion – Petition to Controvert, dated March 11, 2022.

FedEx simultaneously files its memorandum of law in support of this motion.

RESPECTFULLY SUBMITTED, this the 23rd day of March 2023.

> s/ Michael C. Williams
> Michael Williams (MS Bar #104537)
> **BRADLEY ARANT BOULT CUMMINGS LLP**
> One Jackson Place
> 188 East Capitol Street, Suite 1000
> Jackson, MS 39201
> Tel 601-592-9918
> Fax 601-592-1418
> mcwilliams@bradley.com
>
> *Attorney for Defendant Federal Express Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, a copy of the foregoing was served on the parties listed below via the Court's ECF System:

Carlos E. Moore
**THE COCHRAN FIRM – MS DELTA**
306 Branscome Drive
P.O. Box 1487
Grenada, MS 38902-1487
Tel 662-227-9940
Fax 662-227-9941
cmoore@cochranfirm.com

*Attorney for Plaintiff*

> s/ Michael C. Williams