Case: 43CI1:22-cr-00159   Document #: 3   Filed: 11/15/2022   Page 1 of 2

STATE OF MISSISSIPPI

VERSUS

CAUSE NUMBER 2022-159-02

(02)

BRANDON GREGORY CASE AND GREGORY CHARLES CASE

INDICTMENT FOR THE OFFENSE OF ATTEMPTED MURDER(COUNT ONE), CONSPIRACY TO COMMIT THE CRIME OF FIRST DEGREE MURDER(COUNT TWO), AND SHOOTING INTO A MOTOR VEHICLE (COUNT THREE)

THE STATE OF MISSISSIPPI, FOURTEENTH JUDICIAL DISTRICT
COUNTY OF LINCOLN

IN THE CIRCUIT COURT OF SAID COUNTY, AUGUST TERM 2022

    The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county, elected, summoned, empaneled, sworn and charged to inquire in and for the body of the county aforesaid, at the term aforesaid of the court aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present that on or about January 24, 2022, in Lincoln County, Mississippi and within the jurisdiction of this court, Brandon Gregory Case and Gregory Charles Case did wilfully, unlawfully, feloniously attempt, design and endeavor to kill and murder one D'Monterrio Gibson, a human being, by shooting at said D'Monterrio Gibson, but did fail therin, contrary to and in violation of Section 97-3-19 and 97-1-7 of the Mississippi Code of 1972, and against the peace and dignity of the State of Mississippi, this being count one of the indictment;

COUNT TWO

and that on or before January 24, 2022, in Lincoln County, Mississippi, and within the jurisdiction of this court, the said Brandon Gregory Case and Gregory Charles Case did wilfully, unlawfully, feloniously and knowingly conspire and agree, each with the other, and/or with some other person or persons to the grand jurors unknown, to commit the crime First Degree Murder, contrary to and in violation of Sections 97-1-1 and 97-3-19 of the Mississippi Code of 1972, this being count two of the indictment;

EXHIBIT

1

## COUNT THREE

and that on or about January 24, 2022, in Lincoln County, Mississippi and within the jurisdiction of this court, Brandon Gregory Case and Gregory Charles Case did wilfully, unlawfully and feloniously shoot a firearm, into a motor vehicle, to-wit: that certain 2022 Dodge Ram, white in color with Hertz on the side of vehicle, vehicle identification number 3C6TRVG6LE103212, rented and controlled by Federal Express Corporation, D/B/A FedEx contrary to and in violation of Section 97-25-47 of the Mississippi Code of 1972, this being count three of the indictment; all of said conduct alleged and set forth in counts one, two, and three of this indictment having then and there been based on two or more acts or transactions connected together or constituting parts of a common scheme or plan, and being against the peace and dignity of the State of Mississippi.

Endorsed: A True Bill.

_____          _____
FOREPERSON OF THE GRAND JURY       DISTRICT ATTORNEY



BRANDON GREGORY CASE              GREGORY CHARLES CASE