# Mississippi Electronic Courts
## Fourteenth Circuit Court District (Lincoln Circuit Court)
## CRIMINAL DOCKET FOR CASE #: 43CI1:22-cr-00159-2

Case title: State of Mississippi v. CASE                              Date Filed: 11/15/2022

Assigned to: Unassigned

**Defendant (2)**

**GREGORY CHARLES CASE**                         represented by **William T. Stubbs**
                                                                 The Stubbs Law Firm, PLLC
View Bond Info                                                   P.O. Box 157
                                                                 MENDENHALL, MS 39114
**Upcoming Settings:**                                           601-847-4811
None Found                                                       Fax:
                                                                 Email:
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Counts**                                                       **Count Action**

(1) - 97-3-19.F - Crimes Against Person: "Murder" and "capital murder" defined
      Offense Date: 01/24/2022

(2) - 97-1-1.F - Crimes: Conspiracy
      Offense Date: 01/24/2022

(3) - 97-25-47.F - Railroads, Public Utilities, and Carriers: Shooting or throwing at transportation vehicles or facilities
      Offense Date: 01/24/2022

**Plaintiff**

**State of Mississippi**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2022 | 4 | Bond Information Entered as to GREGORY CHARLES CASE. Bond Attached. CASH BOND (Bates, Jacqueline) (Entered: 11/17/2022) |
| 11/15/2022 | 3 | INDICTMENT as to GREGORY CHARLES CASE (2) Count 1: Crimes Against Person: "Murder" and "capital murder" defined(97-3-19 and 97-1-7), Co... Conspiracy(97-1-1 and 97-3-19), Count 3: Railroads, Public Utilities, a... |

EXHIBIT 2

| | | |
|---|---|---|
| | | Shooting or throwing at transportation vehicles or facilities. (Bates, Jacqueline) (Entered: 11/17/2022) |
| 11/15/2022 | 6 | CAPIAS ISSUED on 11/15/2022 as to GREGORY CHARLES CASE. (Walker, Sarah) (Entered: 11/18/2022) |
| 11/18/2022 | 8 | Bond Information Entered as to GREGORY CHARLES CASE. Bond Attached. CASH BOND (Walker, Sarah) (Additional attachment(s) added on 11/21/2022: # 1 ORGINIAL CASH BOND) (Walker, Sarah). (Entered: 11/21/2022) |
| 11/18/2022 | 10 | Capias Returned Executed on 11/18/2022 as to GREGORY CHARLES CASE. Capias Served on 11/18/2022 as to GREGORY CHARLES CASE. True Bill Date 11/15/2022 as to GREGORY CHARLES CASE. (Bates, Jacqueline) (Entered: 11/21/2022) |
| 11/21/2022 | 13 | ORDER SETTING/MODIFYING APPEARANCE BOND (POST INDICTMENT) as to GREGORY CHARLES CASE. Signed by Michael M. Taylor on 11/17/2022. (Bates, Jacqueline) (Entered: 11/21/2022) |
| 11/29/2022 | 14 | NOTICE OF ATTORNEY APPEARANCE: William T. Stubbs appearing for GREGORY CHARLES CASE (Stubbs, William) (Entered: 11/29/2022) |

| MEC Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/16/2023 15:10:07 | | | |
| You will be charged $0.20 per page to view or print documents. | | | |
| **MEC Login:** | ▇▇▇ | **Client Code:** | ▇▇▇ |
| **Description:** | Docket Report | **Search Criteria:** | 43CI1:22-cr-00159 |
| **Billable Pages:** | ▇ | **Cost:** | ▇▇▇ |