# THE COCHRAN FIRM

MISSISSIPPI DELTA

306 BRANSCOME DRIVE • GRENADA, MISSISSIPPI 38901
TELEPHONE: (662) 227-9940 • FAX: (662) 227-9941
WWW.COCHRANFIRM.COM

January 13, 2023
Via Certified Mail



**CRR#: 7012 3460 0003 6973 8470; 7020 1810 0000 0138 7932**

City of Brookhaven, MS
Attn: Samantha Melancon, City Clerk
301 S 1st Street, #102
Brookhaven, MS 39601
(601) 833-0787 – fax

Chief Kenny Collins
440 Hwy 51 South
Brookhaven, MS 39602

      RE:     D'Monterrio Gibson – Notice of Claim
      Date of Injury: 01/24/2022

To Whom It May Concern:

Please be advised that The Cochran Firm – Mississippi Delta has been retained to represent D'Monterrio Gibson in his claims against the City of Brookhaven, MS and Chief Kenny Collins for injuries and damages he sustained on or about January 24, 2022 when Mr. Gibson was delivering packages as an employee of FedEx. As Mr. Gibson delivered a package on Junior Trial in Lincoln County, Mississippi and returned to his work truck, he was shot at by Brandon Case and Gregory Case. The Cases proceeded to chase Mr. Gibson out of the neighborhood. Following this terrifying ordeal, Mr. Gibson went to the Brookhaven Police Department to report the incident and file charges against the two individuals. There was no arrest made when Mr. Gibson reported the incident; instead, Chief Collins intentionally delayed justice for Mr. Gibson, when Mr. Gibson criminal shooting charges against Brandon and Gregory Case where intentionally delayed. Instead of arresting the two Case individuals, they were given eight days to turn themselves in. Brandon Case was officially charged with aggravated assault and Gregory Case was charged with conspiracy. Following their arrest, Chief Collins further delayed presenting critical documents and evidence relevant to the instant matter as well as failing to properly investigate the crime. As a result of the negligent and intentional actions of aforementioned defendant, Mr. Gibson suffered severe mental anguish and anxiety, loss of sleep, depression, and post-traumatic stress disorder. Other claims against said defendants include but are not limited to §1981 intentional racial discrimination, intentional infliction of severe emotional distress, civil assault and battery, negligent infliction of severe emotional distress, general negligence, and gross negligence.

ATLANTA • CHICAGO • LAS VEGAS • LOS ANGELES • MEMPHIS • MIAMI • NEW ORLEANS • NEW YORK • WASHINGTON D.C.

EXHIBIT 1 TO [DOCS. 12 & 13] - NOTICE OF CLAIM

My client suffered and continues to suffer monetary losses from the damages including mental and emotional pain and anguish. My client hereby demands $1,000,000 from City of Brookhaven and Chief Kenny Collins for both compensatory and punitive damages. At the time of the damages, my client was and currently is a resident citizen of Hinds County, Mississippi.

Please forward this notice of claim to your liability carrier and have said carrier contact me as soon as possible.

Sincerely,

**THE COCHRAN FIRM – MS DELTA**

*Carlos E. Moore*

Carlos E. Moore, Esq.

EXHIBIT 1 TO [DOCS. 12 & 13] - NOTICE OF CLAIM