# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| D'MONTERRIO GIBSON, | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 3:23-cv-54-DPJ-FKB |
| FEDERAL EXPRESS CORPORATION, CITY OF BROOKHAVEN, MISSISSIPPI, CHIEF KENNY COLLINS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, BRANDON CASE, and GREGORY CASE, | ) |
| Defendants. | ) |

_____

## JOINDER
_____

**COMES NOW,** Plaintiff D'Monterrio Gibson, by and through counsel, and files this his *Joinder* in the following:

Federal Express Corporation's ("Defendant") Response in Opposition to Defendant Gregory Case's Motion to Stay Civil Action [Doc. 25, Doc. 26] filed March 30, 2023.

All these same facts and arguments apply to Plaintiff D'Monterrio Gibson.

For these reasons, Plaintiff hereby adopts and incorporates by reference all assertions, arguments, and requests for relief made by the Defendant Federal Express Corporation.

Respectfully submitted, this the 26th day of April, 2023.

                                          D'MONTERRIO GIBSON, Plaintiff

                             By:   */s/ Carlos E. Moore*
                                    Carlos E. Moore, MSB# 100685

OF COUNSEL:

**THE COCHRAN FIRM – MS DELTA**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, do hereby certify that I have this date served via the electronic filing system and/or mailed via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing to the following:

William K. Stubbs, Esq.
kannan@stubbsms.com
John L. Scarborough, Esq.
john@stubbsms.com
THE STUBBS LAW FIRM, PLLC – FLOWOOD
*Attorneys for Def. Gregory Case*

Daniel W. Kitchens, Esq.
dkitchens@kitchenslaw.net
KITCHENS LAW FIRM, PA
*Attorneys for Def. Brandon Case*

Daniel J. Griffith, Esq.
dgriffith@jlpalaw.com
Jamie F. Lee, Esq.
jamie@jlpalaw.com
Bethany A. Tarpley, Esq.
btarpley@jlpalaw.com
*Attorneys for Def. City of Brookhaven & Chief Kenny Collins*

| | |
|---|---|
| Michael C. Williams, Esq. | Terrence O. Reed, Esq. - PHV |
| mcwilliams@bradley.com | Terrence.reed@fedex.com |
| Whitney J. Jackson, Esq. | Brandon D. Pettes, Esq. - PHV |
| wjackson@bradley.com | Brandon.pettes@fedex.com |
| BRADLEY ARANT BOULT CUMMINGS, LLP – Jackson | Daniel T. French, Esq. - PHV |
| | danielfrench@fedex.com |
| Terrence O. Reed, Esq. – PHV | FEDERAL EXPRESS CORPORATION |
| Terrence.reed@fedex.com | |

*Attorney for Def. Federal Express Corporation*

THIS, the 26th day of April, 2023.

                                              __/s/ *Carlos E. Moore*_____
                                              CARLOS E. MOORE, ESQ.