UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

D'MONTERRIO GIBSON                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:23-CV-54-DPJ-FKB

FEDERAL EXPRESS CORPORATION, ET AL.                              DEFENDANTS

JUDGMENT

For the reasons stated in the Order entered this date, Defendants the City of Brookhaven

and Chief Kenny Collins's motion to dismiss [12] is granted; all claims against them are

dismissed without prejudice.  Federal Express Corporation's motion to dismiss [19] is granted

with prejudice as to the 42 U.S.C. § 1981 claim and without prejudice as to the state-law claims.

The claims against Defendants Gregory and Brandon Case are dismissed, sua sponte, without

prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of August, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE